# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

_____

No. 18-50464
Conference Calendar

_____

United States Court of Appeals
Fifth Circuit

**FILED**
March 8, 2019

Lyle W. Cayce
Clerk

UNITED STATES OF AMERICA,

Plaintiff-Appellee

v.

GUSTAVO MENDOZA-PEREZ, also known as Felix Perez-Valles, also known as George,

Defendant-Appellant

_____

Appeal from the United States District Court
for the Western District of Texas
USDC No. 3:94-CR-445-1

_____

Before KING, ELROD, and WILLETT, Circuit Judges.

PER CURIAM:[*]

The Federal Public Defender appointed to represent Gustavo Mendoza-Perez has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Mendoza-Perez has not filed a response. Mendoza-Perez seeks to appeal an aspect of his sentence. Having reviewed counsel's brief and

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

No. 18-50464

the relevant portions of the record reflected therein, we agree with counsel that there is no nonfrivolous basis for such an appeal. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.